# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RAMIREZ HERNANDEZ,<br><br>    Petitioner,<br><br>  v.<br><br>E. VALENZUELA,<br><br>    Warden. | Case No. 1:13-CV-01934-LJO-SMS HC<br><br>ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY AS UNTIMELY<br><br>(Doc. 5) |

Petitioner Joe Ramirez Hernandez is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 9, 2014, the Magistrate Judge filed findings and recommendations recommending that the District Court dismiss the petition as untimely. On February 12, 2014, Petitioner filed both objections to the findings and recommendations and a notice of interlocutory appeal.

Pursuant to 28 U.S.C.A. § 2253 and F.R.A.P. 2253, the District Court may issue leave to appeal a final order in a habeas proceeding. Because the District Court has not yet issued its order adopting or rejecting the Magistrate Judge's findings and recommendations, no final order has yet issued in this matter and the notice of interlocutory appeal is premature.

Accordingly, Petitioner's premature request for leave to file an interlocutory appeal is DENIED.

IT IS SO ORDERED.

   Dated:   **February 18, 2014**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1